COURT OF CRIMINAL APPEALS OF TEXAS
AUSTIN TEXAS

ORIGINAL

JOE FRANK HORACE SR.,
        PETITIONER,

V.

THE STATE OF TEXAS,
        RESPONDENT.

No.09-14-00550-CR

RECEIVED IN
COURT OF CRIMINAL APPEALS

FEB 06 2015

Abel Acosta, Clerk

## PETITION FOR DISCRETIONARY REVIEW UNDER RULE 68.

Petitioner Comes incompliance for this Court of Criminal Appeals of Texas to review the lower Court of Appeals Memorandum Opinion after a order by the same court to "Show Grounds For Relief In Order To Continue The Appeal Process," was dismissed by the Appellate Court's JUDGMENT.. And Memorandum Opinion of lack Jurisdiction to consider the merits of the appeal citing SLATON V. STATE,981 S.W.2d 288 (TEX. CRIM.APP.1998).

FILED IN
COURT OF CRIMINAL APPEALS

FEB 06 2015

Abel Acosta, Clerk

### LEGAL ANAYLSIS

Petitioner's filing after a trial court's denial of DNA testing warrants Court of Criminal Appeals of Texas jurisdiction in an appeal under Art.64.05 of appeals.. Where "an appeal under this Chapter is to a Court of Appeal in the same manner as an appeal of any other criminal matter.. The appeal is a direct appeal to the Court of Criminal Appeals."

Petitioner timely filing of Petition For Discretionary Review Under Rule 68 shall satisfy a review or consideration on the merits of the trial court's denial of DNA testing or allow the appropriate Court of Appeals to rule on the merits by the waiver of a untimely filing as the sole purpose supporting the judgment.

### CONCLUSION

For the foregoing reasons asserted in this "Petition For Discretionary Review Under Rule 68." by a Pro Se litigant, ask that this Court of Criminal Appeals GRANT RELIEF sought SUA SPONTE.

*Joe Frank Horace Sr*
PETITIONER-PRO SE

# In The

## *Court of Appeals*

## *Ninth District of Texas at Beaumont*

_____

### NO. 09-14-00550-CR
_____

### JOE FRANK HORACE SR., Appellant

### V.

### THE STATE OF TEXAS, Appellee

_____

**On Appeal from the Criminal District Court**
**Jefferson County, Texas**
**Trial Cause No. 95770**
_____

### MEMORANDUM OPINION

On December 2, 2014, Joe Frank Horace Sr.'s notice of appeal was filed in the trial court following the trial court's October 10, 2014 order denying Horace's post-conviction motion requesting DNA testing associated with his 2008 burglary conviction. We notified the parties that the notice of appeal did not appear to have been timely filed. Horace filed a response but failed to establish that he filed a notice of appeal within the time permitted for perfecting his appeal. *See* Tex. R.

1

App. P. 26.2(a), 26.3. We lack jurisdiction to consider the merits of the appeal. *Slaton v. State*, 981 S.W.2d 208, 210 (Tex. Crim. App. 1998). Accordingly, we dismiss the appeal for lack of jurisdiction.

APPEAL DISMISSED.

_____
HOLLIS HORTON
Justice

Submitted on January 20, 2015
Opinion Delivered January 21, 2015
Do Not Publish

Before McKeithen, C.J., Horton and Johnson, JJ.

2